■ BAREZ CONCRETE CONSTRUCTION CORPORATION, Respondent, v YELLOW FREIGHT SYSTEM, INC., Appellant, et al., Defendants.—Appeal by the defendant Yellow Freight System, Inc. from a judgment of the Supreme Court, Suffolk County (Underwood, J.), dated July 24, 1990.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Underwood at the Supreme Court. Thompson, J. P., Rosenblatt, Lawrence and Miller, JJ., concur.